**JASINSKI, P.C.**
Ten Park Place
Newark, New Jersey 07102
Ph: (973) 824-9700
Fax: (973) 824-6061
Attorneys for Defendant,
Hackensack University Medical Center

| | |
|---|---|
| **SERGEY BONDARENKO,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**HACKENSACK UNIVERSITY MEDICAL CENTER,**<br><br>**Defendant.** | **UNITED STATE DISTRICT COURT DISTRICT OF NEW JERSEY**<br><br>**NO. 07-3753 (PGS)**<br><br>***CIVIL ACTION***<br><br>**[PROPOSED] ORDER** |

The Court having issued a Decision on May 4, 2009, ORDERED as follows:

1. The parties shall each serve on the other side twenty-five (25) simple interrogatories by March 31, 2009. If a question contains more than one request or subpart, each request or subpart shall be considered a separate interrogatory.

2. Responses and/or objections to the interrogatories will be due on May 26, 2009; and responses and/or objections to the document demands will be due on June 1, 2009.

3. Deficiency letters will be exchanged by June 15, 2009. The court shall be cc'd on the deficiency letters and shall be provided courtesy copies of the deficiency letters.

4. An in-person status conference will be held on June 5, 2009 at 10:30 am before the Honorable Esther Salas.

5. All other dates on the January 8, 2009 order shall remain in effect, unless otherwise ordered by the Court.

By: ______________________
ESTHER SALAS, U.S.M.J.